

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ABK
F.#2014R00236

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2015

<u>By ECF and Interoffice Mail</u>

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Jun Feng</u>
     <u>Criminal Docket No. 14-387 (S-1) (MKB)</u>

Dear Judge Brodie:

  The government respectfully requests that the defendant's guilty plea, taken before Magistrate Judge Marilyn D. Go on October 29, 2015, be adopted. Enclosed for the Court's convenience is a hard copy of the plea hearing transcript and a proposed order adopting the plea. Defense counsel has no objection to this request.

          Respectfully submitted,

          ROBERT L. CAPERS
          United States Attorney

     By: /s/ Ameet B. Kabrawala
       Ameet B. Kabrawala
       Assistant U.S. Attorney
       (718) 254-6001

Enclosures

cc: James Roth, Esq. (w/ encl.)
   Counsel to Defendant Jun Feng